# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

MAXINE QUEYROUZE NICAUD

VERSUS

HARVEY JOSEPH NICAUD, JR.

NO.   2021 CW 1019

**OCTOBER 25, 2021**

---

In Re:   Harvey Joseph Nicaud, Jr., applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 2012-14977.

---

**BEFORE:   McCLENDON, WELCH, AND THERIOT, JJ.**

**WRIT NOT CONSIDERED.** This writ application appears to be untimely as to the district court's July 13, 2021 judgment, which denied the Motion to Quash Rule for Examination of Judgment Debtor filed by defendant/relator, Harvey Joseph Nicaud, Jr. ("Nicaud"). Nicaud timely filed a notice of intent to seek supervisory review with this court, a return date of August 12, 2021 was set by the district court, yet Nicaud did not file the instant writ application until August 23, 2021. As more than thirty days elapsed between the signing of and notice of signing of the judgment on July 13, 2021, this writ application appears untimely. See Uniform Rules of Louisiana Courts of Appeal, Rule 4-3; La. Code Civ. P. art. 1914.

Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4.9.

In the event relator seeks to file a new application with this court, it must contain all pertinent documentation to establish timeliness and must comply with Rule 2-12.2 of the Uniform Rules of Louisiana Courts of Appeal. Any new application must be filed on or before November 9, 2021 and must contain a copy of this ruling.

**PMc**
**JEW**
**MRT**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT